```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 01685
   JAMES CLARK
   ELVIRA CLARK                           CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-0482     SSN XXX-XX-9102
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 01/25/08 and confirmed on 05/28/08.

   2. The case was converted to Chapter 7 after confirmation, 03/20/2009.

   3. The Debtor paid a total of $   9968.50 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HFC | CURRENT MORTG | .00 | .00 | .00 |
| HFC | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | SECURED | .00 | .00 | .00 |
| CHRYSLER FINANCIAL SVC A | SECURED VEHIC | .00 | .00 | .00 |
| EARTH MOVERS C U | SECURED VEHIC | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4354.06 | .00 | 1185.55 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| EARTH MOVERS C U | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 880.16 | .00 | 239.66 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3492.28 | .00 | 950.89 |
| THD CBSD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6255.31 | .00 | 1703.23 |
| WELLS FARGO FINANCIAL BA | UNSECURED | 8714.66 | .00 | 327.23 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 6742.94 | .00 | 1836.00 |
| WELLS FARGO FINANCIAL BA | UNSECURED | NOT FILED | .00 | .00 |
| HFC | MORTGAGE ARRE | 1680.75 | .00 | 1680.75 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 1680.75 | .00 | 30439.41 | .00 | 32120.16 |
| PRINCIPAL PAID | 1680.75 | .00 | 6242.56 | .00 | 7923.31 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1680.75 | .00 | 6242.56 | .00 | 7923.31 |

The Debtor's attorney, C DAVID WARD                , was allowed $   3500.00 and was paid $   2000.00  direct and $   1500.00  through the plan.

The Trustee received $     545.19 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/31/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE  2
CASE NO. 08 B 01685 JAMES CLARK & ELVIRA CLARK